In the Matter of VICTOR K. THOMAS, Appellant, v DAVID J. SWARTS, as Clerk for Erie County Closed Criminal Records, Respondent. [635 NYS2d 556] —Motion for permission to proceed as poor person denied. Memorandum: There is no merit to the appeal. A CPLR article 78 proceeding is not a proper means for seeking a transcript related to a pending criminal appeal. Present—Pine, J. P., Lawton, Balio, Davis and Boehm, JJ.